ACCEPTED
01-14-00872-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 2:42:00 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00872-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 2:42:00 PM
CHRISTOPHER A. PRINE
Clerk

CALHOUN/HOLIDAY PLACE, INC., ARTISAN/AMERICAN CORP.,
VERNON YOUNG AND ELIZABETH YOUNG,

APPELLANTS,

VS.

WELLS FARGO BANK, N.A., SUCCESSOR-BY-MERGER TO
WACHOVIA BANK, NATIONAL ASSOCIATION,

APPELLEE.

On Appeal from the 55th Judicial District Court of Harris County, Texas
Cause No. 2011-56876

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF OF APPELLANTS

H. Miles Cohn
Texas State Bar No. 04509600
mcohn@craincaton.com
CRAIN, CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
Telephone: (713) 752-8668
Facsimile: (713) 685-1921
ATTORNEYS FOR APPELLANTS

1

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF OF APPELLANTS

Appellants Calhoun/Holiday Place, Inc., Artisan/American Corp., Vernon Young and Elizabeth Young respectfully ask the Court to extend the time to file their Reply Brief.

1.      Appellants are Calhoun/Holiday Place, Inc., Artisan/American Corp., Vernon Young and Elizabeth Young.  Appellee is Wells Fargo Bank, N.A., successor-by-merger to Wachovia Bank National Association.

2.      Appellants' Brief was filed on April 22, 2015.

3.      Appellees' Brief was filed, after five unopposed extensions, on July 22, 2015.  Pursuant to TRAP 38.6(c), Appellants' Reply Brief is due twenty days thereafter, or by August 11, 2015.

3.      Pursuant to TRAP Rule 38.6(d), Appellants request a 30-day extension of time to file their Reply Brief, to and including Thursday, September 10, 2015.  This request is unopposed.

4.      The undersigned counsel for Appellants, Mr. Cohn, has a difficult schedule this month, including two pending appeals in the United States Court of Appeals for the Fifth Circuit.[1]  Mr. Cohn also anticipates filing one or two cases under Chapter 11 within the next thirty days, both of which will be considerably

---

[1] Mr. Cohn represents Appellants in both cases. In *Goldman v. Bankton Financial Corporation, et al*, Case No. 15-20243, Appellants' Brief is due today, August 3, and Mr. Cohn is working to file such appeal. In *Schermerhorn v. Kubbenus, et al*, Case No. 15-20246, Appellants' Brief is due on September 9, 2015.  If needed, an extension may be requested in the *Schermerhorn* case.

time-consuming. And, Mr. Cohn has a personal vacation scheduled for August 13 to 21, and is working to complete pending matters as best he can so as to leave for vacation as scheduled. Additional time is required to properly prepare Appellants' Reply Brief.

5. The requested extension will not require postponement of the submission of this appeal. Oral argument or submission has not yet been scheduled.

## CERTIFICATE OF CONFERENCE

6. Counsel for Appellants has conferred with counsel for Appellee, and Appellee is unopposed to this Motion.

Wherefore, Appellants Calhoun/Holiday Place, Inc., Artisan/American Corp., Vernon Young and Elizabeth Young request that the Court extend the deadline for filing Appellants' Brief to and including September 10, 2015.

Dated: August 3, 2015

Respectfully submitted,

CRAIN, CATON & JAMES, P.C.

By: _____
      H. Miles Cohn
      State Bar No. 04509600
      mcohn@craincaton.com
      CRAIN, CATON & JAMES, P.C.
      1401 McKinney Street, Suite 1700
      Houston, Texas 77010
      Telephone: (713) 752-8668
      Facsimile: (713) 658-1921
COUNSEL FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of August, 2015, a true and correct copy of the foregoing was served via ECF as follows:

Steven A. Leyh
Sean M. Reagan
Leyh, Payne & Mallia, PLLC
9545 Katy Freeway, Suite 200
Houston, Texas 77024
*Counsel for Appellee*

David W. Waddell
440 Louisiana St., Suite 900
Houston, Texas 77002
*Counsel for Appellee*

_____
H. Miles Cohn

4